**S. R. BUTLER, State Tax Commissioner, etc., v. ALABAMA GREAT SOUTHERN RAILROAD CO.**

3 Div. 75.

Supreme Court of Alabama, Special Term.
Sept. 29, 1933.

Thos. E. Knight, Jr., Atty. Gen., and Frontis H. Moore, Asst. Atty. Gen., for appellant.

Stokely, Scrivner, Dominick & Smith, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed by agreement.

---

148 So. 911

**John CHASTAIN v. STATE.**

8 Div. 516.

Supreme Court of Alabama.
June 8, 1933.

W. C. Rayburn, of Guntersville, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., opposed.

KNIGHT, Justice.

The petitioner, John Chastain, having been indicted for, and convicted of, the offense of manufacturing prohibited liquors, in the circuit court of Marshall county, prosecuted an appeal from the judgment and sentence to the Court of Appeals, in which latter court the judgment of the Marshall circuit court was affirmed. 25 Ala. App. 613, 148 So. 917 (8 Div. 641).

This petition is to review and revise the judgment of the Court of Appeals in said cause.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.

---

149 So. 921

**J. R. CHESTNUT et al. v. Connie COCHRAN.**

7 Div. 190.

Supreme Court of Alabama.
June 22, 1933.

McCord & McCord, of Gadsden, and F. M Savage, of Center, for appellants.

Hugh Reed, of Center, for appellee.

THOMAS, Justice.
Affirmed.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.

---

148 So. 911

**CITY OF GUNTERSVILLE v. W. C. RAYBURN.**

8 Div. 472.

Supreme Court of Alabama.
May 25, 1933.

PER CURIAM.
Appeal dismissed by appellant.

---

150 So. 919

**C. W. COLLINS v. E. W. McKEAN.**

1 Div. 794.

Supreme Court of Alabama.
Oct. 19, 1933.

PER CURIAM.
Appeal dismissed by appellant.